UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

JOSE OAKLEY and DOUGLAS LEVY, on behalf of themselves and all others similarly situated,

                Plaintiffs,

vs.

SERVISAIR, LLC, a foreign corporation; DERICHEBOURG SA, a foreign corporation; SWISSPORT CARGO SERVICES, INC., a foreign corporation; SWISSPORT CARGO SERVICES, L.P., a foreign corporation; SWISSPORT FUELING, INC., a foreign corporation; SWISSPORT LOUNGE, LLC, a foreign corporation; SWISSPORT, U.S.A., INC., a foreign corporation; and XYZ ENTITIES 1 – 10, (fictitious names of unknown liable entities),

                Defendants.

Case No. 13 Civ. 4191 (ENV) (SJB)

----------------------------------------------------------------- X

## PLAINTIFFS' NOTICE OF MOTION FOR APPROVAL OF THE FLSA SETTLEMENT

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Motion for Approval of the FLSA Settlement, the Declaration of Gregg I. Shavitz, dated, May 18, 2018 ("Shavitz Decl."), the Declaration of Troy L. Kessler, dated, May 14, 2018, and Plaintiffs' supporting exhibits, Plaintiffs respectfully requests that the Court:

(1)    Approve the FLSA Settlement; and

(2)    So Order the Stipulation of Dismissal with Prejudice (attached as Exhibit A to the Shavitz Decl.).

Dated:  Melville, New York
         May 18, 2018

                                                  Respectfully submitted,

                                                  s/Gregg I. Shavitz

                                                  Gregg I. Shavitz
                                                  Camar Jones
                                                  SHAVITZ LAW GROUP, P.A.

1515 South Federal Highway, Suite 404
Boca Raton, Florida 33432
Tel:    (561) 447-8888
Fax:    (561) 447-8831

Michael J. Palitz
SHAVITZ LAW GROUP, P.A.
830 3rd Avenue, 5th Floor
New York, New York 10022
Tel:    (800) 616-4000
Fax:    (561) 447-8831

Troy L. Kessler
Garrett Kaske
SHULMAN KESSLER LLP
534 Broadhollow Road, Suite 275
Melville, New York 11747
Tel:    (631) 499-9100
Fax:    (631) 499-9120

***Attorneys for Plaintiffs***