

951 Yamato Road | Suite 285 | Boca Raton, FL 33431
Tel: 561.447.8888 | Fax 561.447.8831
www.shavitzlaw.com

November 6, 2018

**Via ECF**
Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Oakley v. Servisair, LLC, et al.*
            Case No.:  13 Civ. 4191 (SJB)

Dear Judge Bulsara:

    My office is co-counsel, along with Shulman Kessler LLP, for Plaintiffs and the conditionally certified collective.  Together with defense counsel, Baker Hostetler and Jackson Lewis, we write to provide the Court with a status report pursuant to this Court's August 8, 2018 Order.

    On June 25, 2018, Your Honor held a *Cheeks* hearing on the parties' Motion for Settlement Approval, and subsequently approved the parties' settlement on August 5, 2018.  On August 24, 2018, the settlement claims administrator, Settlement Services, Inc. ("SSI") mailed settlement notices and claim forms to the 434 Plaintiffs. The postmark deadline to return claim forms is November 22, 2018.  Additionally, on October 9, 2018, SSI mailed reminder notices to all Plaintiffs who had not returned claim forms by that date.  SSI has informed Plaintiff's Counsel that to date, 399 claim forms have been submitted to the administrator, and 35 remain outstanding. Plaintiffs' Counsel has been following up with the outstanding Plaintiffs by mail, email, telephone, and text message to ensure their claim forms are timely submitted.

    Thank you for your consideration of this matter.  If the Court requires any additional information, please let us know.

                                              Respectfully submitted,

/s/ GREGG I. SHAVITZ                                /S/ PATRICK MULDOWNEY
Gregg Shavitz, Esq.                                          Patrick Muldowney, Esq.

cc:  All Counsel (via ECF)